WALTER HARRIMAN, an Infant, by OLIVINE KIRCHER, His Guardian ad Litem, Respondent, *v.* FRANCIS H. LEGGETT & COMPANY, Appellant.

*Harriman* v. *Leggett & Co.*, 149 App. Div. 944, affirmed.
(Argued May 21, 1913; decided June 10, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Theodore H. Lord* and *Lyman A. Spalding* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.